O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ROEVEKAMP, | ) | No. CV 12-3845-CAS(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| J. CHOATES, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//
//

1

**IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss (docket no. 15, filed October 11, 2012) be granted; and (2) that judgment be entered dismissing the petition with prejudice.

DATED:   June 5, 2013

                                        _____
                                         CHRISTINA A. SNYDER
                                         United States District Judge