JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARK ROEVEKAMP,                         )      No. CV 12-3845-CAS(CW)
                                        )
              Petitioner,               )      JUDGMENT
                                        )
        v.                              )
                                        )
J. CHOATES, Warden,                     )
                                        )
                 Respondent.            )
_____)

     **IT IS ADJUDGED** that the petition for writ of habeas corpus is
denied and the action dismissed with prejudice.

DATED:   June 5, 2013

                              _____
                              CHRISTINA A. SNYDER
                              United States District Judge